**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Mary Lynne Waller,** *Plaintiff* | § § | |
| **v.** | § | **No. 1:25-cv-01919-RP** |
| **The University of Texas at Austin,** *Defendant* | § § § | |

## ORDER

The parties filed their Agreed Scheduling Order on August 28, 2026. Dkt. 20. The Agreed Scheduling Order includes contingent dates for several proposed deadlines. *See id.* at 2 ("All dispositive motions shall be filed on or before the sixtieth day before trial . . ."). The parties must submit to the Court a proposed scheduling order with dates certain for each deadline.

**IT IS ORDERED** that the parties file a corrected joint proposed scheduling order on or before **September 14, 2026**.

**SIGNED** on August 31, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE